23 A.3d 1003

In re BRIDGEPORT FIRE LITIGATION.

Petition of Donald E. Haviland, Jr., Esquire
and the Haviland Law Firm.

June 13, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of June, 2011, the Petition for Allowance of Appeal and Application for Leave to File Reply in Support of Petition for Allowance of Appeal are **DENIED.** This matter is referred to the Disciplinary Board of the Supreme Court of Pennsylvania for review of petitioners' conduct.